UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILDRED HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-1413-G |
| PROCOLLECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The court has been informed by the parties that the above styled and numbered cause has been settled. Therefore, all claims by all parties in this action are **DISMISSED** with prejudice, subject to reopening within sixty (60) days if the settlement is not consummated.

**SO ORDERED**.

January 8, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**